AO 121 (6/90)

ORIGINAL

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

'08 CV 773    H    WMc

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of California<br>Edward J. Schwartz Courthouse<br>940 Front Street<br>San Diego, CA 92101-8900 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>BMG MUSIC; ZOMBA RECORDING LLC; ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; and UMG RECORDINGS, INC. | | DEFENDANT<br>JESSICA NOLAN |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JESSICA NOLAN

**IP Address:** 75.62.205.217 2007-07-25 21:52:08 EDT        **CASE ID#** 137063733

**P2P Network:** Gnutella        **Total Audio Files:** 85

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Jamie Foxx | Do What It Do | Unpredictable | 374-820 |
| Zomba Recording LLC | Usher | Superstar | Confessions | 354-784 |
| Atlantic Recording Corporation | T.I. | Motivation | Urban Legend | 367-100 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | K-I-S-S-I-N-G | I Am | 175-149 |
| LaFace Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | He Can't Love You | J.E. Heartbreak | 288-396 |
| UMG Recordings, Inc. | 50 Cent | Build You Up | The Massacre | 366-051 |