AO 440 (Rev. 10/97) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 29 AM 11:08
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>vs<br><br>JESSICA NOLAN | SUMMONS IN A CIVIL ACTION<br><br>Case No.<br><br>'08 CV 773   H  WMc |

TO:
Jessica Nolan
553 S. Magnolia Ave
Apt. 502
El Cajon, CA 92020

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Jonathan G. Fetterly (SBN: 228612)
Jordan Susman (SBN: 246116)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Telephone:   213.572.4300
Facsimile:    213.572.4400

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick Jr.                                          APR 2 9 2008
_____                                        _____
CLERK                                                          DATE

J. HINKLE
_____
By                                    , Deputy Clerk