1  Jonathan G. Fetterly (State Bar No. 228612)
   Jordan Susman (State Bar No. 246116)
2  HOLME ROBERTS & OWEN LLP
   777 South Figueroa Street, Suite 2800
3  Los Angeles, CA  90017-5826
   Telephone:    (213) 572-4300
4  Facsimile:    (213) 572-4400
   E-mail: jon.fetterly@hro.com
5
   FILED
   08 APR 29 AM 11:06
   U.S. DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
                                                   DEPUTY

6  Attorney for Plaintiffs
   BMG MUSIC; ZOMBA RECORDING LLC;
7  ATLANTIC RECORDING CORPORATION;
   SONY BMG MUSIC ENTERTAINMENT;
8  LAFACE RECORDS LLC; and UMG
   RECORDINGS, INC.

9

10                  UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF CALIFORNIA

11                          '08 CV 773   H  WMc

12 BMG MUSIC, a New York general partnership;    Case No.:
   ZOMBA RECORDING LLC, a Delaware limited
13 liability company; ATLANTIC RECORDING       NOTICE OF PARTY WITH
   CORPORATION, a Delaware corporation; SONY   FINANCIAL INTEREST
14 BMG MUSIC ENTERTAINMENT, a Delaware
   general partnership; LAFACE RECORDS LLC, a
15 Delaware limited liability company; and UMG
   RECORDINGS, INC., a Delaware corporation,
16
                 Plaintiffs,
17
        vs.
18
   JESSICA NOLAN,
19
                 Defendant.
20

21
       Pursuant to Civil L.R. 40.2, and Federal Rule of Civil Procedure 7.1, Plaintiffs identify their
22
   parent corporations and any publicly held company or investment fund that owns 10% or more of any
23
   Plaintiff's stock.
24
       Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
25
   ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.
26

27

28

                                                  1
                                                                NOTICE OF PARTY WITH FINANCIAL INTEREST

Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff LAFACE RECORDS LLC is a limited liability company owned by SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly traded, and Sony Corporation, which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Dated:   April 29, 2008

JONATHAN G. FETTERLY
JORDAN SUSMAN
HOLME ROBERTS & OWEN LLP

By: _____
Jonathan G. Fetterly
Jordan Susman
Attorney for Plaintiffs
BMG MUSIC; ZOMBA RECORDING LLC;
ATLANTIC RECORDING CORPORATION;
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; and UMG
RECORDINGS, INC.