JONATHAN G. FETTERLY 228612
777 SOUTH FIGUEROA STREET, SUITE 2800 LOS
ANGELES CA
213 572-4300

# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| BMG MUSIC, ET AL., Plaintiff(s) <br> v. <br> JESSICA NOLAN Defendant(s) | **08 CV 773 H WMC** <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action a **I served** copies of the *(specify documents)*:
   **NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST**

2. **Person served:**
   a. ☐ Defendant *(name)*: **JESSICA NOLAN**
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      **Marta (refused to give last name) Mother , A black female approx. 55-65 years of age 5'4"-5'6" in height weighing 160-180 lbs with black hair**
   c: ☒ Address where papers were served: **553 S MAGNOLIA AVE APT. 502 EL CAJON, CA 92020**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.
      1. **Papers were served on** *(date)*: _____ at *(time)*: _____
   b. ☒ By **Substituted service**. By leaving copies:
      1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** *(date)*: **May 11 2008**   at *(time)*: **7:15:00 AM**
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** *(date)*: _____
      6. ☐ **due diligence**. I made at least (3) attempts to personally serve the defendant.

| CV-1 (04/01) | PROOF OF SERVICE – SUMMONS AND COMPLAINT | PAGE 1 |
|---|---|---|
| | | Order No. 5350093 SEA |



c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *by first-class mail, postage prepaid,)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washing, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **B. Amundsen-Wiarda**
   **2121 FIFTH AVE, SUITE 200, SAN DIEGO, CA 92101**
   **619-232-1920**
   **1313 San Diego**

   a. Fee for service: $ **70.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 21 2008**

_____
(Signature)

CV-1 (04/01)   **PROOF OF SERVICE – SUMMONS AND COMPLAINT**   PAGE 2

Order No. 5350093 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| HOLME ROBERTS & OWEN, LLP    JONATHAN G. FETTERLY 228612<br>777 SOUTH FIGUEROA STREET    777 SOUTH FIGUEROA STREET, SUITE 2800 LOS<br>SUITE 2800    ANGELES CA<br>LOS ANGELES, CA 90017    213 572-4300<br>TELEPHONE NO.: 213 572-4313    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: BMG MUSIC, ET AL., | |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 940 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO 92101
BRANCH NAME:

| PLAINTIFF/PETITIONER: BMG MUSIC, ET AL., | CASE NUMBER:<br>08 CV 773 H WMC |
|---|---|
| DEFENDANT/RESPONDENT: JESSICA NOLAN | |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or file No.:<br>NOLANJESSICA\|137063733 |

1. I declare that I am and was on the dates herein mentioned, over the age of 18 years and not a party to this action.

2. I received the following documents for service:
   NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST

3. After due and diligent attempts at the following address, I have been unable to effect personal service on:
   JESSICA NOLAN
   553 S MAGNOLIA AVE
   APT. 502
   EL CAJON CA 92020

4. List of service attempts:
   05/09/2008 19:30: No Answer at the door
   05/10/2008 12:15: No Answer at the door
   05/11/2008 07:15: Per defendant's mother, subject is not home.

5. Person who served papers
   a. Name:              B. Amundsen-Wiarda
   b. Address:           2121 Fifth Avenue #200 San Diego, CA 92101
   c. Telephone number:  619-232-1920
   d. Registration No.:  1313
   e. County:            San Diego

6. The fee for service was:  $ 70.00

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **May 21 2008**

B. Amundsen-Wiarda                                    *[signature]*
(PRINTED NAME OF DECLARANT)                           (SIGNATURE OF DECLARANT)

DECLARATION OF DUE DILIGENCE                          Order No. 5350093 SEA