Jonathan G. Fetterly (State Bar No. 228612))
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Telephone:     (213) 572-4300
Facsimile:      (213) 572-4400
E-mail: james.ruh@hro.com


Attorney for Plaintiffs
BMG MUSIC; ZOMBA RECORDING LLC;
ATLANTIC RECORDING CORPORATION;
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; and UMG
RECORDINGS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br>                              Plaintiffs,<br>     v.<br>JESSICA NOLAN,<br>                              Defendant. | Case No.: 3:08-cv-00773-H-WMC<br><br>Honorable Marilyn L. Huff<br><br>**REQUEST TO ENTER DEFAULT** |

1

#10156 v1


**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Jonathan G. Fetterly ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on May 11, 2008, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶ 6-7.

Dated: June 30, 2008

JONATHAN G. FETTERLY
HOLME ROBERTS & OWEN LLP

By   **s/Jonathan G. Fetterly**
Jonathan G. Fetterly
Attorney for Plaintiffs
Email: jon.fetterly@hro.com

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5826.

On June 30, 2008, I served the foregoing document described as **REQUEST TO ENTER DEFAULT** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

    **SEE ATTACHED SERVICE LIST**

    ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☐    BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

    ☐    BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

    ☐    BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

    ☐    BY ELECTRONIC MAIL: I communicated such document via electronic mail to the addressee on the attached service list.

    Executed on June 30, 2008, at Los Angeles, California.

    X    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Elaine Bell*
ELAINE BELL

PROOF OF SERVICE

#1016 v1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Jessica Nolan |
| 3 | 553 S. Magnolia Avenue<br>Apartment 502 |
| 4 | El Cajon, CA  92020 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

#1016 v1

PROOF OF SERVICE