1  JONATHAN G. FETTERLY (SBN: 228612))
   HOLME ROBERTS & OWEN LLP
2  777 South Figueroa St., Ste. 2800
   Los Angeles, CA 90017-5826
3  Phone: (213) 572-4300
   Fax: (213) 572-4400
4  E-mail: james.ruh@hro.com

5

6  Attorney for Plaintiffs
   BMG MUSIC; ZOMBA RECORDING LLC;
7  ATLANTIC RECORDING CORPORATION;
   SONY BMG MUSIC ENTERTAINMENT;
8  LAFACE RECORDS LLC; and UMG
   RECORDINGS, INC.

9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

| 13 | BMG MUSIC, a New York general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br>Plaintiffs,<br>v.<br>JESSICA NOLAN,<br>Defendant. | Case No.: 3:08-cv-00773-H-WMC<br><br>Honorable Marilyn L. Huff<br><br>**DECLARATION OF JONATHAN G. FETERLY IN SUPPORT OF REQUEST TO ENTER DEFAULT** |
|---|---|

## DECLARATION OF JONATHAN G. FETTERLY

I, JON FETERLY, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and this United States District Court. I am an attorney with the law firm of Holme Roberts & Owen LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On April 29, 2008, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on May 11, 2008, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of June, 2008, at Los Angeles, California.

s/Jonathan G. Fetterly
Jonathan G. Fetterly
Email: jon.fetterly@hro.com

1

DECLARATION OF JON FETTERLY IN
SUPPORT OF REQUEST TO ENTER DEFAULT
Case No.: 3:08-cv-00773-H-WMC

#10156 v1

EXHIBIT A

JONATHAN G. FETTERLY 228612
777 SOUTH FIGUEROA STREET, SUITE 2800 LOS
ANGELES CA
213 572-4300

# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| BMG MUSIC, ET AL., <br>                     v.      Plaintiff(s) <br> JESSICA NOLAN <br>                            Defendant(s) | **08 CV 773 H WMC** <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action a **I served** copies of the *(specify documents)*:
   **NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST**

2. **Person served:**
   a. ☐ Defendant *(name)*: **JESSICA NOLAN**
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      **Marta (refused to give last name) Mother, A black female approx. 55-65 years of age 5'4"-5'6" in height weighing 160-180 lbs with black hair**
   c. ☒ Address where papers were served: **553 S MAGNOLIA AVE APT. 502 EL CAJON, CA 92020**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.
      1. **Papers were served on** *(date)*: _____ at *(time)*: _____
   b. ☒ By **Substituted service.** By leaving copies:
      1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** *(date)*: **May 11 2008**    at *(time)*: **7:15:00 AM**
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** *(date)*: _____
      6. ☐ **due diligence.** I made at least (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *by first-class mail, postage prepaid,)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washing, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **B. Amundsen-Wiarda**
   **2121 FIFTH AVE, SUITE 200, SAN DIEGO, CA 92101**
   **619-232-1920**
   **1313  San Diego**

   a. Fee for service: $ **70.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 21 2008**

_____
(Signature)

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address):<br>HOLME ROBERTS & OWEN, LLP    JONATHAN G. FETTERLY 228612<br>777 SOUTH FIGUEROA STREET    777 SOUTH FIGUEROA STREET, SUITE 2800 LOS<br>SUITE 2800                                  ANGELES CA<br>LOS ANGELES, CA 90017            213 572-4300<br>TELEPHONE NO.: 213 572-4313    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): BMG MUSIC, ET AL., | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 940 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO 92101
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF/PETITIONER: BMG MUSIC, ET AL., | CASE NUMBER:<br>08 CV 773 H WMC |
| DEFENDANT/RESPONDENT: JESSICA NOLAN | |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or file No.:<br>NOLANJESSICA\|137063733 |

1. I declare that I am and was on the dates herein mentioned, over the age of 18 years and not a party to this action.

2. I received the following documents for service:

    NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST

3. After due and diligent attempts at the following address, I have been unable to effect personal service on:

    JESSICA NOLAN
    553 S MAGNOLIA AVE
    APT. 502
    EL CAJON CA 92020

4. List of service attempts:

    05/09/2008 19:30: No Answer at the door
    05/10/2008 12:15: No Answer at the door
    05/11/2008 07:15: Per defendant's mother, subject is not home.

5. Person who served papers
    a. Name:                B. Amundsen-Wiarda
    b. Address:             2121 Fifth Avenue #200 San Diego, CA 92101
    c. Telephone number:    619-232-1920
    d. Registration No.:    1313
    e. County:              San Diego

6. The fee for service was: $ 70.00

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 21 2008

B. Amundsen-Wiarda                                              *B Amundsen-Wiarda*
(PRINTED NAME OF DECLARANT)                                     (SIGNATURE OF DECLARANT)

**DECLARATION OF DUE DILIGENCE**                                Order No. 5350093 SEA

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5826.

On June 30, 2008, I served the foregoing document described as **DECLARATION OF JONATHAN G. FETERLY IN SUPPORT OF REQUEST TO ENTER DEFAULT** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☐ BY ELECTRONIC MAIL: I communicated such document via electronic mail to the addressee on the attached service list.

Executed on June 30, 2008, at Los Angeles, California.

X (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
ELAINE BELL

PROOF OF SERVICE

#1016 v1

**SERVICE LIST**

Jessica Nolan
553 S. Magnolia Avenue
Apartment 502
El Cajon, CA  92020

PROOF OF SERVICE

#1016 v1