Jonathan G. Fetterly (State Bar No. 228612))
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
E-mail: jon.fetterly@hro.com

Attorney for Plaintiffs
BMG MUSIC; ZOMBA RECORDING LLC;
ATLANTIC RECORDING CORPORATION;
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; and UMG
RECORDINGS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation, Plaintiffs, v. JESSICA NOLAN, Defendant. | Case No.: 3:08-cv-00773-H-WMC<br><br>The Honorable Marilyn L. Huff<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**<br><br>Date: September 22, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 13 |

NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT
CASE NO.: 08-CV-00773-H-WMC

#10810 v1

## NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO DEFENDANT JESSICA NOLAN:

**PLEASE TAKE NOTICE** that on September 22, 2008 at 10:30 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located at 940 Front Street, San Diego, CA 92101-8900, Plaintiffs will present their application for default judgment against Defendant Jessica Nolan ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2). The clerk previously entered Defendant's default on July 3, 2008.

This Application is brought on the ground that Defendant has not appeared in this action. Plaintiffs seek the following Judgment against Defendant: 1) minimum statutory damages for each of the seven (7) infringements alleged in the Complaint in the amount of $5,250.00, (2) a permanent injunction in the form sought in Plaintiffs' Complaint pursuant to Section 502 of the Copyright Act, and (3) costs in the amount of $420.00 pursuant to Section 505 of the Copyright Act

This Application is based on this Notice, the attached Application for Default Judgment, the Declaration of Jonathan G. Fetterly, and the pleadings, files and other matters that may be presented at the hearing.

Dated:   August 13, 2008              Respectfully submitted,

                                      JONATHAN G. FETTERLY
                                      HOLME ROBERTS & OWEN LLP

                                      By:  *s/Jonathan G. Fetterly*
                                           Jonathan G. Fetterly
                                           Attorney for Plaintiffs
                                           BMG MUSIC; ZOMBA RECORDING LLC;
                                           ATLANTIC RECORDING CORPORATION;
                                           SONY BMG MUSIC ENTERTAINMENT;
                                           LAFACE RECORDS LLC; and UMG
                                           RECORDINGS, INC.

#10810 v1

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5826.

On August 13, 2008, I served the foregoing document described as **NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☐ BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list via CM/ECF.

Executed on August 13, 2008, at Los Angeles, California.

X (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

TRACY MASON

PROOF OF SERVICE

#10843 v1

**SERVICE LIST**

Jessica Nolan
533 S. Magnolia Avenue
Apartment 502
El Cajon, CA 92020

---

PROOF OF SERVICE

#10843 v1