EXHIBIT 3

Jonathan G. Fetterly (State Bar No. 228612))
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone:    (213) 572-4300
Facsimile:    (213) 572-4400
E-mail: jon.fetterly@hro.com

Attorney for Plaintiffs
BMG MUSIC; ZOMBA RECORDING LLC;
ATLANTIC RECORDING CORPORATION;
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; and UMG
RECORDINGS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br>                    Plaintiffs,<br>    v.<br>JESSICA NOLAN,<br>                    Defendant. | Case No.: 3:08-cv-00773-H-WMC<br><br>Honorable Marilyn L. Huff<br><br>**NOTICE OF ENTRY OF DEFAULT BY CLERK** |

#10156 v1

1  **TO DEFENDANT JESSICA NOLAN:**

2  PLEASE TAKE NOTICE that on July 3, 2008 the Clerk of the Court entered the default of

3  Defendant Jessica Nolan. A copy of the Default By Clerk is attached hereto as Exhibit A, and

4  incorporated herein by this reference.

6  Dated: July 7, 2008

JONATHAN G. FETTERLY
HOLME ROBERTS & OWEN LLP

By _____
Jonathan G. Fetterly
Attorney for Plaintiffs
Email: jon.fetterly@hro.com

1

NOTICE OF ENTRY OF DEFAULT BY CLERK
Case No.: 3:08-cv-00773-H-WMC

#10156 v1

EXHIBIT A

# UNITED STATES DISTRICT COURT

## Southern District of California

BMG Music, et al.

                              Plaintiff,

v.                                              Case No.: 3:08-cv-00773-H-WMC
                                                           Judge Marilyn L. Huff

Jessica Nolan

                              Defendant.

## DEFAULT

      It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 4/29/2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

      Jessica Nolan

                                                                                              W. Samuel Hamrick, Jr.,
                                                                                                 Clerk of the Court

ENTERED: 7/3/08

                                                                                 By: s/ A. Garcia, Deputy Clerk

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5826.

On July 8, 2008, I served the foregoing document described as **NOTICE OF ENTRY OF DEFAULT BY CLERK** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☐ BY ELECTRONIC MAIL: I communicated such document via electronic mail to the addressee on the attached service list.

Executed on July 8, 2008, at Los Angeles, California.

X    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
ELAINE BELL

PROOF OF SERVICE

#1016 v1

**SERVICE LIST**

Jessica Nolan
533 S. Magnolia Avenue
Apartment 502
El Cajon, CA  92020

---

PROOF OF SERVICE

#1016 v1

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5826.

On August 13, 2008, I served the foregoing document described as **MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

    ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☐    BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

    ☐    BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

    ☐    BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

    ☐    BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list <u>via CM/ECF</u>.

    Executed on August 13, 2008, at Los Angeles, California.

    X    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
TRACY MASON

PROOF OF SERVICE

#10843 v1

**SERVICE LIST**

Jessica Nolan
533 S. Magnolia Avenue
Apartment 502
El Cajon, CA 92020

---

PROOF OF SERVICE

#10843 v1