Jonathan G. Fetterly (State Bar No. 228612))
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone:    (213) 572-4300
Facsimile:    (213) 572-4400
E-mail: jon.fetterly@hro.com

Attorney for Plaintiffs
BMG MUSIC; ZOMBA RECORDING LLC;
ATLANTIC RECORDING CORPORATION;
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; and UMG
RECORDINGS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br>Plaintiffs,<br>v.<br>JESSICA NOLAN,<br>Defendant. | Case No.: 3:08-cv-00773-H-WMC<br><br>The Honorable Marilyn L. Huff<br><br>**DECLARATION OF JONATHAN G. FETTERLY IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**<br><br>Date:    September 22, 2008<br>Time:   10:30 a.m.<br>Place:   Courtroom 13 |

# DECLARATION OF JONATHAN G. FETTERLY

I, Jon Fetterly, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court for the Southern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On April 29, 2008, Plaintiffs filed their Complaint against Defendant Jessica Nolan ("Defendant"). Attached hereto as Exhibit 1 is a true and correct copy of the Complaint.

3. Defendant was served with the Summons and Complaint on May 11, 2008, by substitute service.

4. On July 3, 2008, the Clerk of this Court entered Defendant's default. Attached hereto as Exhibit 2 is a true and correct copy of the Default By Clerk. On July 8, 2008, Defendant was notified that the Clerk entered a default against her. Attached hereto as Exhibit 3 is a true and correct copy of the Notice of Entry of Default by Clerk.

5. Defendant has failed to answer or respond to the Complaint, and has therefore not appeared in this action.

6. I am informed and believe that Defendant is neither a minor nor an incompetent person. A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

7. Plaintiffs have incurred costs in this case in the amount of $420.00, which includes a statutory filing fee of $350.00 and costs of service of $70.00.

///
///
///
///

#10810 v1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August, 2008, at Los Angeles, California.

*s/Jonathan G. Fetterly*
Jonathan G. Fetterly

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5826.

On August 13, 2008, I served the foregoing document described as **DECLARATION OF JONATHAN G. FETTERLY IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☐ BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list via CM/ECF.

Executed on August 13, 2008, at Los Angeles, California.

X (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
TRACY MASON

PROOF OF SERVICE

#10843 v1

**SERVICE LIST**

Jessica Nolan
533 S. Magnolia Avenue
Apartment 502
El Cajon, CA 92020

PROOF OF SERVICE

#10843 v1